**Order entered October 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00374-CV

**LOCAL PUBLIC HOUSE, LLC, Appellant**

**V.**

**CARLY PAGE SHOCKEY, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05120-2019**

## ORDER

Before the Court is appellant's September 28, 2022 second unopposed motion to extend time to file its brief. We **GRANT** the motion and extend the deadline to November 14, 2022. We caution appellant that further extension requests will be disfavored.

/s/ ROBERT BURNS
   CHIEF JUSTICE